An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: PARENTELLA DE CRUZ TRUST.

No. 68181

**FILED**

JUL 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

THERESA MILLER,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE LIDIA STIGLICH, DISTRICT JUDGE,
Respondents,
and
DON M. CROSS, JR.; GORDON MUIR; AND LOAY TURNER,
Real Parties in Interest.

### ORDER DENYING PETITION FOR WRIT

This is a pro se original petition for a writ of review seeking to challenge several district court orders. The petition, however, was filed without an appendix. Thus, the challenged orders are not before this court, nor are any other documents from the district court proceedings. We cannot review documents that the petitioner has not provided. NRAP 21(a)(4) ("The appendix shall include a copy of any order or opinion, parts of the record before the respondent judge, corporation, commission, board or officer, or any other original document that may be essential to understand the matters set forth in the petition."); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 229, 88 P.3d 840, 844 (2004) ("If essential

15-22342

information is left out of the petition and accompanying documentation, we have no way of properly evaluating the petition."). Accordingly, we deny this petition.

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Lidia Stiglich, District Judge
Theresa Miller
Hawkins Folsom & Muir
Loay Turner
Washoe District Court Clerk